JENNIE B. WILLIAMS et als. v. A. P. HYMAN, Administrator of Maggie W. Hyman et als.

(Filed 12 October, 1910.)

**Appeal and Error—Objections and Exceptions—Referee—Findings— Evidence.**

Exceptions to the findings of fact by a referee, approved by the trial judge, if supported by any evidence, will not be considered on appeal.

APPEAL from *Guion, J.,* at the April.Term, 1910, of EDGE-
COMBE.

Civil action heard upon exceptions to report of referee.

His Honor overruled defendant's exceptions, affirmed the find-
ings of fact of the referee and rendered judgment for plaintiff.
Defendant excepted and appealed.

*Gilliam & Gilliam, B. M. Gatling* for plaintiff.
*W. Stamps Howard, G. M. T. Fountain & Son* for defendant.

PER CURIAM. Upon a consideration of this record we are of
opinion that the controversy is practically determined by the
findings of fact made by the court below, which we are not at
liberty to disturb. There is evidence to support the findings
and in such case they are binding upon us. *Gudger v. Baird,*
66 N. C., 438; *Battle v. Mayo,* 102 N. C., 413; *Dunavant v.
R. R.,* 122 N. C., at page 1001; *Lewis v. Covington,* 130 N. C.,
542. In the latter case it is said: "The exceptions of the de-
fendant to the findings of fact by the referee are that said
findings are contrary to the weight of evidence, or that they are
not supported by the evidence, but none of these exceptions are
put upon the ground that there was no evidence to support them.
And this being so, we have no right to review them and must
take them as found by the referees and the presiding judge."

The judgment of the Superior Court is
Affirmed.